# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRENDON BARTON**  **PLAINTIFF**
**ADC #152031**

V.  NO. 4:20-cv-01450-KGB-ERE

**KENYAN RANDALL,** *et al.*  **DEFENDANTS**

## ORDER

Two summonses issued to Defendant Shelisa Harris have been returned to the Court unexecuted. *Docs. 60, 72.*

Mr. Barton is reminded of his responsibility to provide the Court with an address where Defendant Harris can be served with process. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (explaining that it is the prisoner's responsibility to provide a proper service address for each defendant). Defendant Harris should have been served within 90 days of December 11, 2020, the date Mr. Barton filed his complaint in this case. FED. R. CIV. P. 4(m). However, the Court will extend the time for service to allow Mr. Barton an opportunity to provide an address at which service can again be attempted on Defendant Harris.[1]

---

[1] The Court has previously attempted, unsuccessfully, to serve this Defendant though her former employer, the Arkansas Division of Correction (ADC), and at a sealed, last-known address provided by the ADC.

Mr. Barton has until **November 8, 2021**, to provide a valid service address for Defendant Harris. If he has not provided a valid service address by that date, the Court may dismiss Mr. Barton's claims against Defendant Harris from this lawsuit.

DATED this 4th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE